THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE ESTATE OF JEREMY R. DOWELL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ZACHARY DWIGHT YATES, <br><br> Defendant. | CASE NO. C18-0689-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the mediator's notice pursuant to Local Civil Rule 39.1(c)(6) (Dkt. No. 12). According to the mediator's notice, the parties have conducted mediation and the case has settled. (*See id.*) Within 45 days of the issuance of this order, the parties are ORDERED to file a stipulated dismissal. The Clerk is DIRECTED to close this case for statistical purposes.

DATED this 4th day of September 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk